IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. 24-00114-TFM |
| | * | |
| **GERALD BILL CASTILLE** | * | |

### PROPOSED VERDICT FORM: FORFEITURE

We, the Jury, find the following property is subject to forfeiture to the United States for violations of the Title 21 offenses charged in Counts *(list drug counts of conviction)* of the Superseding Indictment:

1. Century Arms Romarm/Cugir Paratrooper (HC) rifle, Serial Number ROA 21PT-001178;

___ yes

___ no

2. Ruger 57 Pistol Serial Number 642-30096;

___ yes

___ no

3. SCCY Industries Model CPx1 9MM pistol Serial Number C087824;

___ yes

___ no

4. Smith & Wesson Model SDVE pistol Serial Number FXZ9882;

1

\_\_\_ yes

\_\_\_no

5. Smith & Wesson Model CSX 9MM pistol Serial Number SEA0248;

\_\_\_ yes

\_\_\_ no

6. Ruger 5.7X23 pistol, serial number 643-23025;

\_\_\_ yes

\_\_\_ no

7. Romar/Cugir WASR-10, AK 47 rifle, serial number 1-78274-07;

\_\_\_ yes

\_\_\_no

8. 2016 gray Kia Soul, VIN KNDJN2A29G7272744;

\_\_\_ yes

\_\_\_ no

9. 2018 black Dodge Challenger, VIN 2C3CDZBT0JH297253;

\_\_\_ yes

\_\_\_no

11. $1,050 in United States currency, more or less, seized from the residence of **GERALD BILL CASTILLE** on Shan Drive in Mobile, Alabama on December 3 and 4, 2022;

\_\_\_ yes

\_\_\_no

12. $8,000 in United States currency, more or less seized from the residence of

**GERALD BILL CASTILLE** on Shan Drive in Mobile, Alabama on December 3 and 4, 2022;

\_\_\_ yes

\_\_\_no

13.  $800 in United States currency, more or less seized from **GERALD BILL CASTILLE** on December 3 and 4, 2022;

\_\_\_ yes

\_\_\_ no

16.  Seven miscellaneous gun magazines seized from the residence of **GERALD BILL CASTILLE** on Shan Drive in Mobile, Alabama on December 3 and 4, 2022;

\_\_\_ yes

\_\_\_no

17.  393 rounds of miscellaneous ammunition seized from the residence of **GERALD BILL CASTILLE** on Shan Drive in Mobile, Alabama on December 3 and 4, 2022;

\_\_\_ yes

\_\_\_ no

18.  Three boxes of miscellaneous ammunition seized from the residence of **GERALD BILL CASTILLE** on Shan Drive in Mobile, Alabama, on December 3 and 4, 2022;

\_\_\_ yes

\_\_\_no

We, the Jury, find the following property is subject to forfeiture to the United States for violations of the Title 18 offenses charged in Counts *(list gun counts of conviction)* charged in the Superseding Indictment:

3

1. Century Arms Romarm/Cugir Paratrooper (HC) rifle, Serial Number ROA 21PT-001178;

\_\_\_ yes

\_\_\_ no

2. Ruger 57 Pistol Serial Number 642-30096;

\_\_\_ yes

\_\_\_no

3. SCCY Industries Model CPx1 9MM pistol Serial Number C087824;

   \_\_\_ yes

   \_\_\_ no

4. Smith & Wesson Model SDVE pistol Serial Number FXZ9882;

\_\_\_ yes

\_\_\_no

5. Smith & Wesson Model CSX 9MM pistol Serial Number SEA0248;

\_\_\_ yes

\_\_\_ no

6. Ruger 5.7X23 pistol, serial number 643-23025;

\_\_\_ yes

\_\_\_ no

7. Romar/Cugir WASR-10, AK 47 rifle, serial number 1-78274-07;

\_\_\_ yes

4

\_\_\_no

SO SAY WE ALL.

Date:_____    _____
                                              Foreperson